Todd M. Friedman (SBN 216752)
Arvin Ratanavongse (SBN 257619)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: 310-776-6657
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Aratanavongse@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL CREDIT ADJUSTERS, L.L.C., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM, <br><br> Defendant. | Case No. 2:17-cv-00390-MWF-AFM <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file

Notice of Settlement - 1

dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 25th day of September, 2017.

By: /s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 25th day of September, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Michael W. Fitzgerald
United States District Court
Central District of California

**Damian P Richard**
Sessions Fishman Nathan and Israel LLP
Email: drichard@sessions.legal

**Debbie P Kirkpatrick**
Sessions Fishman Nathan and Israel LLP
Email: dkirkpatrick@sessions.legal
Attorneys for Defendant

This 25th day of September, 2017.

/s/Todd M. Friedman
Todd M. Friedman