Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for National Credit Adjusters, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>vs.<br><br>NATIONAL CREDIT ADJUSTERS, LLC AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>Defendant. | Case No.: 17-CV-00390-MWF-AFM<br><br>STIPULATION TO DISMISS |

IT IS HEREBY STIPULATED by and between Plaintiff, Michael Brown, and Defendant National Credit Adjusters, LLC (NCA), that this action shall be dismissed in its entirety. The individual claims of Plaintiff Michael Brown shall be dismissed

with prejudice. The claims of the putative class shall be dismissed without prejudice. Each party is to bear its own costs.

Dated: 1/22/18

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

*/s/Todd M. Friedman*
Todd M. Friedman
Attorney for Plaintiff
Michael Brown

Dated:1/22/18

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
National Credit Adjusters, LLC

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the above listed counsel for the parties in the content of this document and their authorization to file it.

Dated: 1/22/18

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*_/s/Debbie P. Kirkpatrick_____________*
Debbie P. Kirkpatrick