Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)                    JS-6
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for National Credit Adjusters, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br>   vs.<br><br>NATIONAL CREDIT ADJUSTERS, LLC AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>        Defendant. | Case No.: 17-CV-00390-MWF-AFM<br><br>ORDER APPROVING STIPULATION TO DISMISS |

ALL PARTIES to the above captioned action having stipulated that the action

shall be dismissed in its entirety, and the Court having considered the same,

IT IS ORDER that this action shall be dismissed in its entirety.  The dismissal

shall be with prejudice as to the claims of Plaintiff Michael Brown.  The dismissal

shall be without prejudice as to the claims of the putative class.  Each party is to bear

its own costs.

Dated: January 23, 2018

_____
Hon. Michael W. Fitzgerald
United States District Judge